DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO IBARRA-CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-257 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JULIO IBARRA-CANO, | ) | Date: October 16, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of October 2, 2008, be vacated and a new Status Conference hearing date of October 16, 2008, at 9:00 a.m. be set.

This continuance is requested because the parties have received the pre-plea presentence report and need time to review it and discuss a possible plea agreement.

It is further stipulated that the period from October 2, 2008, through and including October 16, 2008, should be excluded pursuant

///

///

1  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
2  of counsel and defense preparation.
3  Dated: September 30, 2008
4                                          Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                            Federal Defender
6
                                            /s/ Mary M. French
7                                          _____
                                            MARY M. FRENCH
8                                          Supervising Assistant
                                            Federal Defender
9                                          Attorney for Defendant
                                            KENNETH LAY
10
11
   Dated: September 30, 2008               MCGREGOR W. SCOTT
12                                          United States Attorney
13                                          /s/  Mary M. French for
                                                 Daniel McConkie
14                                         _____
                                            DANIEL McCONKIE
15                                          Assistant U.S. Attorney
16
17                                  **ORDER**
18 **IT IS SO ORDERED.**
19
    Dated: October 7, 2008
20
21                                         _____
22                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

Stip & Order                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28