1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JULIO IBARRA-CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-08-257 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING STATUS CONFERENCE |
| v. | ) |  |
| JULIO IBARRA-CANO, | ) | Date: November 6, 2008 |
|  | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of October 16, 2008, be vacated and a new Status Conference hearing date of November 6, 2008, at 9:00 a.m. be set.

This continuance is requested because the parties need additional time to review the presentence report and discuss a possible plea agreement.

It is further stipulated that the period from October 16, 2008, through and including November 6, 2008, should be excluded pursuant

///

///

///

///

to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 15, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
KENNETH LAY

Dated: October 15, 2008

MCGREGOR W. SCOTT
United States Attorney

*/s/  Mary M. French for
        Daniel McConkie*
_____
DANIEL McCONKIE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated:  October 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE